UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UBISOFT ENTERTAINMENT S.A., | Case No. 14-cv-05202-JST |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| GUITAR APPRENTICE, INC., | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Proposed Date |
|---|---|
| Last day for parties make Initial Disclosures | March 4, 2015 |
| Initial Case Management Conference | March 18, 2015 |
| Ubisoft's Disclosure of Asserted Claims & Preliminary Infringement Contentions (with accompanying document production) | April 1, 2015 |
| Propose Protective Order and Proposed ESI Order Due | April 23, 2015 |
| Deadline to conduct mediation using private ADR | May 11, 2015 |
| Guitar Apprentice's Invalidity Contentions (and accompanying document production) | May 18, 2015 |
| Parties to exchange Proposed Terms & Claim Elements for Construction | June 1, 2015 |
| Parties to exchange Preliminary Claim Constructions | June 22, 2015 |
| Last day to amend pleadings | July 1, 2015 |
| Deadline to meet and confer to narrow the issues and Parties to file joint Claim Construction and Prehearing Statement | July 17, 2015 |
| Claim Construction Discovery Cut-Off | August 17, 2015 |
| Ubisoft to file Opening Brief on Claim Construction | September 1, 2015 |
| Guitar Apprentice to file Responsive Claim Construction Brief | September 15, 2015 |
| Ubisoft to file Reply Claim Construction Brief | September 22, 2015 |

| Patent Technology Tutorial | October 13, 2015 at 1:30 P.M. |
| Claim Construction Hearing | October 27, 2015 at 1:30 P.M. |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

IT IS SO ORDERED.

Dated: March 19, 2015

_____
JON S. TIGAR
United States District Judge