Eric A. Buresh (*Pro Hac Vice*)
eric.buresh@eriseip.com
Michelle L. Marriott (*Pro Hac Vice*)
michelle.marriott@eriseip.com
Mark C. Lang (*Pro Hac Vice*)
mark.lang@eriseip.com
**Erise IP, P.A.**
6201 College Boulevard, Suite 300
Overland Park, Kansas 66211
Phone:  (913) 777-5600
Facsimile: (913) 777-5601

Julie Turner (SBN 191146)
turner@turnerboyd.com
**Turner Boyd LLP**
702 Marshall Street
Suite 640
Redwood City, CA 94063
(650) 521-5930

*Counsel for Plaintiff Ubisoft Entertainment, S.A.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UBISOFT ENTERTAINMENT, S.A.,<br><br>Plaintiff,<br><br>v.<br><br>GUITAR APPRENTICE, INC.,<br><br>Defendant. | CASE NO.: 3:14-cv-05202-JST<br><br>**STIPULATION TO ADJUST SCHEDULING ORDER, AND [PROPOSED] ORDER**<br><br>DATE: N/A<br>JUDGE:  Honorable Jon S. Tigar |

Plaintiff Ubisoft Entertainment, S.A. ("Ubisoft") and Defendant Guitar Apprentice, Inc. ("Guitar Apprentice") hereby stipulate and agree, and request that with the Court's approval, an adjustment be made to the Court's Scheduling Order as follows:

The Scheduling Order governing this case (Docket No. 38) directs Guitar Apprentice to serve its invalidity contentions on May 18, 2015 (Patent L.R. 3-3 and 3-4), the parties to

exchange proposed terms for construction on June 1, 2015 (Patent L.R. 4-1(a)), and the parties to exchange proposed constructions on June 22, 2015 (Patent L.R. 4-2(a)).

The parties have conferred and have come to an agreement to request an adjustment to the foregoing deadlines. Specifically, the parties respectfully request that the Court adjust the schedule as follows:

- Guitar Apprentice's Invalidity Contentions (and accompanying document production) [Patent L.R. 3-3 & 3-4]: June 5, 2015
- Parties to exchange Proposed Terms and Claim Elements for Construction [Patent L.R. 4-1(a)]: June 10, 2015
- Parties to Exchange Preliminary Claim Constructions [Patent L.R. 4-2(a)]: June 26, 2015

All other dates in the Scheduling Order will remain the same.

IT IS SO STIPULATED.

Date: June 2, 2015     /s/ Michelle L. Marriott
Eric A. Buresh (*Pro Hac Vice*)
eric.buresh@eriseip.com
Michelle L. Marriott (*Pro Hac Vice*)
michelle.marriott@eriseip.com
Mark C. Lang (*Pro Hac Vice)*
mark.lang@eriseip.com
**Erise IP, P.A.**
6201 College Boulevard, Suite 300
Overland Park, Kansas 66211
Phone:          (913) 777-5600
Facsimile: (913) 777-5601

Julie Turner (SBN 191146)
turner@turnerboyd.com
**Turner Boyd LLP**
702 Marshall Street
Suite 640
Redwood City, CA 94063
(650) 521-5930

*Counsel for Plaintiff Ubisoft Entertainment, S.A.*

*/s/ John F. Triggs (with permission)*
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.

John F. Triggs (Pro Hac Vice)
jft@iplawgroup.com
Ryan D. Levy (Pro Hac Vice)
rdl@iplawgroup.com
Scott M. Douglass (Pro Hac Vice)
smd@iplawgroup.com
Patterson Intellectual Property Law, PC
Roundabout Plaza
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone:  (615) 242-2400
Facsimile:  (615) 242-2221

John D. O'Connor (SBN 54238)
john@joclaw.com
O'CONNOR AND ASSOCIATES
201 Mission Street, Suite 710
San Francisco, CA 94105
Telephone: (415) 693-9960
Facsimile: (415) 693-6537

*Attorneys for Defendant Guitar Apprentice, Inc.*

## ATTESTATION OF FILER

In compliance with Civil Local Rule 5-1(i), the undersigned ECF user whose identification and credentials are being used to file this document hereby attests that all signatories have concurred and agreed to the filing of this document.

 */s/ Julie S. Turner*
Julie S. Turner

# [PROPOSED] ORDER

The Court, having reviewed the stipulation as submitted, and finding good cause therefor, hereby Adjusts the Scheduling Order as per the parties' stipulation. The Court hereby ORDERS that Scheduling Order be adjusted as follows:

- Guitar Apprentice's Invalidity Contentions (and accompanying document production) [Patent L.R. 3-3 & 3-4]: June 5, 2015
- Parties to exchange Proposed Terms and Claim Elements for Construction [Patent L.R. 4-1(a)]: June 10, 2015
- Parties to Exchange Preliminary Claim Constructions [Patent L.R. 4-2(a)]: June 26, 2015

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 2, 2015

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE