UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UBISOFT ENTERTAINMENT S.A., | |
|---|---|
| Plaintiff, | Case No. 14-cv-05202-JST |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| GUITAR APPRENTICE, INC., | Re: ECF No. 55, 56 |
| Defendant. | |

On January 6, 2015, the parties filed a Joint Case Management Statement in which the parties requested that the Case Management Conference currently scheduled for January 13, 2016 be continued. ECF No. 55. Good cause appearing, the Court will continue the Case Management Conference to May 25, 2016 at 2:00 p.m. The parties shall file a Joint Case Management Statement by May 18, 2016.

Plaintiff's request to appear telephonically at the Case Management Conference, ECF No. 56, is denied as moot. Should Plaintiff's lead counsel desire to appear telephonically at the May 25, 2016 Case Management Conference, Plaintiff should file a request to do so after the parties have filed their Joint Case Management Statement.

IT IS SO ORDERED.

Dated: January 7, 2016

_____
JON S. TIGAR
United States District Judge