| | |
|---|---|
| Eric A. Buresh (*Pro Hac Vice* to be filed)<br>eric.buresh@eriseip.com<br>Michelle L. Marriott (*Pro Hac Vice* to be filed)<br>michelle.marriott@eriseip.com<br>Mark C. Lang (*Pro Hac Vice* to be filed*)*<br>mark.lang@eriseip.com<br>**ERISE IP, P.A.**<br>6201 College Boulevard, Suite 300<br>Overland Park, Kansas 66211<br>Phone:     (913) 777-5600<br>Facsimile:  (913) 777-5601<br><br>Julie Turner (SBN 191146)<br>turner@turnerboyd.com<br>TURNER BOYD LLP<br>702 Marshall Street<br>Suite 640<br>Redwood City, CA 94063<br>(650) 521-5930<br><br>Attorneys for Plaintiff<br>UBISOFT ENTERTAINMENT, S.A. | John F. Triggs (Pro Hac Vice)<br>jft@iplawgroup.com<br>Ryan D. Levy (Pro Hac Vice)<br>rdl@iplawgroup.com<br>Scott M. Douglass (Pro Hac Vice)<br>smd@iplawgroup.com<br>PATTERSON INTELLECTUAL<br>PROPERTY LAW, PC<br>Roundabout Plaza<br>1600 Division Street, Suite 500<br>Nashville, TN 37203<br>Telephone:  (615) 242-2400<br>Facsimile:  (615) 242-2221<br><br>John D. O'Connor (SBN 54238)<br>john@joclaw.com<br>O'CONNOR AND ASSOCIATES<br>201 Mission Street, Suite 710<br>San Francisco, CA 94105<br>Telephone: (415) 693-9960<br>Facsimile: (415) 693-6537<br><br>Attorneys for Defendant<br>GUITAR APPRENTICE, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UBISOFT ENTERTAINMENT, S.A.,<br><br>             Plaintiff,<br><br>      v.<br><br>GUITAR APPRENTICE, INC.,<br><br>             Defendant. | CASE NO.: 3:14-cv-05202-JST<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

The Plaintiff, Ubisoft Entertainment, SA ("Ubisoft SA"), and Defendant Guitar Apprentice, Inc. ("Guitar Apprentice"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, hereby stipulate to an order dismissing all of Ubisoft SA's claims

and all of Guitar Apprentice's counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: June 15, 2016                                        Respectfully submitted,

                                                                     ERISE IP, P.A.

                                                                     By:    /s/ Mark C. Lang

                                                                     Attorney for Plaintiff
                                                                     UBISOFT ENTERTAINMENT, S.A.

Dated: June 15, 2016                                        Respectfully submitted,

                                                                     *PATTERSON INTELLECTUAL PROPERTY LAW, P.C.*

                                                                     By:    /s/ John F. Triggs

                                                                     Attorney for Defendant
                                                                     GUITAR APPRENTICE, INC.

### ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

Dated: June 15, 2016                                        /s/    Julie S. Turner

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Before this Court is the Stipulation of Dismissal With Prejudice of all claims by Plaintiff Ubisoft Entertainment SA ("Ubisoft SA") and all counterclaims by Defendant Guitar Apprentice, Inc. ("Guitar Apprentice") in this case, and the Court being of the opinion that said Stipulation should be Entered, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by

1  Plaintiff Ubisoft SA against Guitar Apprentice, Inc. and all counterclaims asserted by Guitar
2  Apprentice against Ubisoft SA are hereby DISMISSED WITH PREJUDICE.
3       It is further ORDERED that all attorneys' fees, costs, and expenses are to be borne by the
4  party that incurred them.

6  Dated: June 16, 2016

                              _____
                              The Honorable _____, Judge

IT IS SO ORDERED
Judge Jon S. Tigar

28 STIPULATION AND [PROPOSED] ORDER          3          CASE NO. 3:14-CV-05202-JST
   OF DISMISSAL WITH PREJUDICE